IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>GALE NORTON, et al.,<br><br>　　　　Defendants.<br>_____/ | No. C 05-05191 JSW<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　This matter is set for a hearing on March 17, 2006 on Plaintiffs Center for Biological Diversity and Greenpeace, Inc.'s motion for summary judgment. The Court HEREBY ORDERS that Defendants' opposition to the motion shall be due by Friday, February 17, 2006 and Plaintiffs reply brief shall be due by Friday, February 24, 2006.

　　　If the Court determines that the matter is suitable for resolution without oral argument, it will so advise the parties in advance of the hearing date. If the parties wish to modify this schedule, they may submit for the Court's consideration a stipulation and proposed order demonstrating good cause for any modification requested.

　　　**IT IS SO ORDERED.**

Dated: February 2, 2006

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／ Jeffrey S. White
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JEFFREY S. WHITE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE