KEVIN V. RYAN, United States Attorney (SBN 118321)
JAMES CODA, Assistant United States Attorney (SBN 1012669 (WI))
Northern District of California
450 Golden Gate Ave., Box 36055
San Francisco, CA 94102
SUE ELLEN WOOLRIDGE, Assistant Attorney General
JEAN E. WILLIAMS, Section Chief
LISA L. RUSSELL, Assistant Section Chief
PAUL D. LALL, Trial Attorney
Environment & Natural Resources Division
U.S. Department of Justice
Benjamin Franklin Station, P.O. Box 7369
Washington, D.C. 20044-7369
Telephone: (202) 305-0216
Facsimile:(202) 305-0275

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al., <br><br> Plaintiffs, <br><br> v. <br><br> GALE A. NORTON, Secretary of the Interior, et al., <br><br> Defendants. | Case No.: C-05-5191 JSW <br><br> **STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME TO ANSWER AND FOR FILING OF SUMMARY JUDGMENT BRIEFS** |

WHEREAS,

1. On December 15, 2005, Plaintiffs served their Complaint in this action on the U.S. Attorney for the Northern District of California requesting a declaratory judgment and injunctive relief related to their petition ("Plaintiffs' Petition") to list the polar bear (*Ursus maritimius*) as a threatened species under the Endangered Species Act (the "ESA"). Defendant's answer is thus due to be filed by February 13, 2006;

2. On January 18, 2006, Plaintiffs filed a motion for summary judgment requesting the Court declare that the Secretary is in violation of the ESA for failing to make a 90-day finding on Plaintiff's Petition pursuant to 16 U.S.C. § 1533(b)(3)(A) and further requesting the Court to order the Secretary to make and publish a 90-day finding on Plaintiff's Petition within

30 days of the Court's Order; on February 2, 2006, Plaintiffs re-noticed their summary judgment motion;

3. On February 2, 2006, the Court ordered Defendants to file an opposition to Plaintiffs' motion by February 17, 2006 and ordered Plaintiffs to file a reply by February 24, 2006;

4. On February 9, 2006, the U.S. Fish and Wildlife Service published a 90-day finding on Plaintiff's Petition which states: "We find that the petition presents substantial scientific or commercial information indicating that the petitioned action of listing the polar bear may be warranted." Endangered and Threatened Wildlife and Plants; Petition to List the Polar Bear as Threatened, 71 Fed. Reg. 6745-46 (February 9, 2006);

5. The parties wish to extend the dates for the filing of Defendants' answer and the remaining summary judgment briefs. As good cause, the parties state that this extension will allow them to focus their efforts on discussions about the possibility of settling this case;

THEREFORE THE PARTIES STIPULATE:

Defendants will file their answer and opposition to Plaintiff's summary judgment motion by February 24, 2006.

Dated: February 10, 2006

/s/
Paul D. Lall
Attorney for Defendants GALE NORTON and the
UNITED STATES FISH AND WILDLIFE
SERVICE

Dated: February 10, 2006

/s/ (by Paul D. Lall with consent)
Kassia Siegel (CA Bar No. 209497)
Attorneys for Plaintiffs CENTER FOR
BIOLOGICAL DIVERSITY, NATURAL
RESOURCES DEFENSE COUNCIL, AND
GREENPEACE, INC.

1 * * * * * * * * * *
2
3 PURSUANT TO STIPULATION, IT IS SO ORDERED.
4
5 Dated: __February 13, 2006_____     _____/s/ Jeffrey S. White_____
6                                          JEFFREY S. WHITE
                                           UNITED STATES DISTRICT JUDGE
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28