**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CENTER FOR BIOLOGICAL DIVERSITY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>DIRK KEMPTHORNE, Secretary of the Interior,[1] et al.,<br><br>    Defendants. | Case No.: C-05-5191 JSW<br><br>**JOINT STATUS REPORT AND [PROPOSED] ORDER TO STAY PROCEEDINGS FOR 15 DAYS** |

In an order dated March 23, 2006, the Court endorsed a stipulation signed by all parties to stay the proceedings in this case to allow the parties to discuss settlement. In paragraph 4 of that stipulation, the parties agreed to provide the Court with a joint status report if a settlement agreement was not filed within 90 days. Pursuant to that provision, the parties, by and through their undersigned counsel, state that they have agreed upon the terms of a settlement and are in the process of obtaining approval to file the agreement with the Court. The proposed settlement will dismiss all of Plaintiffs' claims. Accordingly, the parties respectfully request the Court to stay all proceedings in this case for another 15 days to allow the parties to file a settlement agreement with the Court.

Dated: June 21, 2006

/s/
Paul D. Lall
Attorney for Defendants GALE NORTON and the UNITED STATES FISH AND WILDLIFE SERVICE

Dated: June 21, 2006

---

[1]   Pursuant to Fed. R. Civ. P. 25(d)(1), Dirk Kempthorne, Secretary of the Department of the Interior is automatically substituted for his predecessor, Gale A. Norton.

|   |   |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | /s/ (by Paul D. Lall with consent) |
|   | Kassia R. Siegel (CA Bar No. 209497) |
| 5 | Attorneys for Plaintiffs CENTER FOR BIOLOGICAL DIVERSITY, NATURAL RESOURCES DEFENSE COUNCIL, AND GREENPEACE, INC. |

\* \* \* \* \* \* \* \* \* \*

IT IS SO ORDERED.

Dated: June 23, 2006

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

- 2 -